**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA WOLFE, ) | No. EDCV 09-1187 SS |
| ) Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
| ) | |
| Defendant. ) | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: April 12, 2010.

                                                 /S_____
                                            SUZANNE H. SEGAL
                                            UNITED STATES MAGISTRATE JUDGE