1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3      11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
4      Telephone: (909) 796-4560
5      Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINDA WOLFE, | No. EDCV 09-1187 SS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 6/15/10      /S/

HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-